<u>EXHIBIT A</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SHAWN HORNBECK, et al. | ) | |
|     each on behalf of himself and others | ) | |
|     similarly situated, | ) | |
|                 Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-CV-00523 |
| | ) | |
| TRACTOR SUPPLY COMPANY, and | ) | |
| SMITTY'S SUPPLY, INC., | ) | |
|                Defendants. | ) | |

**<u>ADDITIONAL DIRECT MAIL NOTICE,</u>**
**<u>CLAIM FORM AND INSTRUCTIONS</u>**

*Hornbeck, et al. v. Tractor Supply Co., et al.*, Case No., 4:18-cv-00523-NKL
United States District Court for the Western District of Missouri

**This is an Official Court-Approved Notice.**
**Please read all of the following instructions carefully before filling out your Claim Form.**
**(If you already submitted a Part A and Part B Claim Form, you may disregard this Notice.)**

1. Please review the Long Form Class Notice (the "Notice") that is available on the settlement website at www.supertrac303settlement.com or by calling the Settlement Administrator at 1-_____.

2. Under the terms of the Settlement in this class-action lawsuit, you are entitled to receive a monetary award estimated to be at least $12 for each 5-gallon bucket of Super S Super Trac 303 Tractor Hydraulic Fluid you purchased in Missouri during the Class Period, $6 for each 2-gallon jug, $4 for each 1-gallon jug, and $90 for each 55-gallon drum.

3. You do <u>not</u> have to submit Section A of the Claim Form to receive a monetary award based on your purchase(s) of the Super S Super Trac 303 Tractor Hydraulic Fluid if your purchases of the Super S Super Trac 303 Tractor Hydraulic Fluid product are accurately set forth as follows: _____ Buckets. If this amount based on Cape Warehouse's records is correct, you do not need to do anything in order to receive a check for at least the above-stated amounts per bucket if the Court grants final approval to this Settlement. If this amount is not correct, you may complete and submit a Part A Claim Form, enclosed herein, which also can be completed and submitted on line at www.supertrac303settlement.com.

4. You are also entitled to reimbursement for any losses, repairs, part purchases and/or specific equipment damage that resulted, in whole or in part, from your use of a Product during the relevant Class Period. If you wish to receive this relief, you must timely complete and submit Part A and Part B of the Claim Form which is enclosed herein. You must submit a Part B Claim Form to be eligible for any losses, repairs, parts, and/or equipment damage relief, even if your purchases were accurately set forth above. Be sure to attach all supporting documents as well as any further information you have supporting your claim for additional funds due to alleged equipment losses, repairs and/or parts purchases.

5. To submit the Claim Form for this Part B additional relief, you **must do one of the following**: (i) complete an electronic claim form and submit it via the settlement website at www.supertrac303settlement.com on or before February 17, 2020; or (ii) complete a paper Claim Form and send it via fax to 215-827-5551, via United States mail, postage prepaid to Hornbeck v. Tractor Supply SuperTrac 303 Settlement, c/o RG/2 Claims Administration, P.O. Box 59479, Philadelphia, PA 19102-9479, or via e-mail to supertrac303settlement@rg2claims.com by February 17, 2020.

6. Once your Claim Form is received, the Settlement Administrator will review the Claim Form. The Claims Administrator may contact you for additional information.

7. Keep a copy of your completed Claim Form for your records.

# CLAIM FORM AND INSTRUCTIONS

**The Settlement Administrator must receive this form no later than ==INSERT BAR DATE== in order for it to be considered.**

*Hornbeck, et al., v. Tractor Supply Company., et al.,*

**Case Number 4:18-cv-00523-NKL (U.S. Dist. Court, W.D. Mo.)**

**Please read all of the following instructions carefully before filling out your Claim Form.**

1.  Please review the Long Form Class Notice (the "Notice") and have the Notice with you when you complete your Claim Form. If you do not have the Notice, or if you misplaced it, a copy is available on the settlement website at **www.supertrac303settlement.com** or by calling the Settlement Administrator at ==[INSERT SETTLEMENT PHONE NUMBER]==.

2.  Under the terms of the Settlement in this class-action lawsuit, you may be entitled to receive a monetary award based on your purchase(s) of Super S Super Trac 303 Tractor Hydraulic Fluid in Missouri from May 25, 2013 to the present. **You must timely complete and submit Section A of the Claim Form to receive a monetary award based on your purchase(s) of Super S Super Trac 303 Tractor Hydraulic Fluid**. The monetary award is estimated to be $12 for each 5-gallon bucket of Super S Super Trac 303 Tractor Hydraulic Fluid you purchased in Missouri during the Class Period, $6 for each 2-gallon jug, $4 for each 1-gallon jug, and $90 for each 55-gallon drum.

3.  You also may be entitled to reimbursement for any losses, repairs, part purchases and/or specific equipment damage that resulted, in whole or in part, from your use of Super S Super Trac 303 Tractor Hydraulic Fluid during the class period. **If you wish to receive this relief, you must timely complete and submit Sections A and B of the Claim Form. You must submit a Claim Form to be eligible for any losses, repairs, parts, and/or equipment damage relief.** You should be sure and attach all supporting documents as well as any further information you have supporting your claim for additional funds due to alleged equipment losses, repairs and/or parts purchases.

4.  If you would like to receive a monetary award, complete the attached form. Please type or print legibly in black ink.

5.  If you desire an acknowledgment of receipt of your Claim Form, send it by Certified Mail, Return Receipt Requested.

6.  To submit the Claim Form, you **must do one of the following**: (i) complete an electronic claim form and submit it via the settlement website at **www.supertrac303settlement.com** on or before ==[INSERT BAR DATE]==; or (ii) complete a paper Claim Form and send it via fax to ==[INSERT SETTLEMENT FAX NUMBER]==, via United States mail, postage prepaid to ==[INSERT SETTLEMENT MAILING ADDRESS]==, or via e-mail to ==[INSERT SETTLEMENT E-MAIL ADDRESS]== by ==[INSERT BAR DATE]==.

7.  Once your Claim Form is received, the Settlement Administrator will review the Claim Form for compliance.

8.  Keep a copy of your completed Claim Form for your records. If your claim is rejected, the Settlement Administrator will notify you by U.S. Mail or e-mail of the rejection and the reasons for such rejection.

3

**CLAIM INFORMATION – PART A**

Claimant Name: _____

Phone Number: _____

Street Address: _____

Email Address: _____

City, State, Zip Code:

_____

_____

List your purchases of Super S Super Trac 303 Tractor Hydraulic Fluid in Missouri from May 25, 2013 to present. Do not list any purchases that you returned to the store after purchase.

| 5-Gallon Pails of Super S Super Trac 303 Tractor Hydraulic Fluid | | | |
|---|---|---|---|
| Appx. Date | Store (Name & Location) | Qty. | Payment Method |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **2-Gallon Jugs of Super S Super Trac 303 Tractor Hydraulic Fluid** | | | |
| Appx. Date | Store (Name & Location) | Qty. | Payment Method |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **1-Gallon Jugs of Super S Super Trac 303 Tractor Hydraulic Fluid** | | | |
| Appx. Date | Store (Name & Location) | Qty. | Payment Method |
|  |  |  |  |

4

| 5-Gallon Pails of Super S Super Trac 303 Tractor Hydraulic Fluid | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 55-Gallon Drums of Super S Super Trac 303 Tractor Hydraulic Fluid | | | |
| Appx. Date | Store (Name & Location) | Qty. | Payment Method |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

List the equipment in which you used the Super S Super Trac 303 Tractor Hydraulic Fluid listed above:

| Type of Equip. | Year | Make | Model |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct and that the above-described purchases of Super S Super Trac 303 Tractor Hydraulic Fluid were not for the purpose of resale to others.

Signature: _____     Date: _____

Print Name: _____

5

*Complete Section B of this Claim Form only if you seek reimbursement for any repairs, parts purchases, and/or specific equipment damage that you contend resulted, in whole or in part, from your use of Super S Super Trac 303 Tractor Hydraulic Fluid from May 25, 2013 to the present.*

1. Plaintiffs allege that use of Super S Super Trac 303 Tractor Hydraulic Fluid can cause damage to tractors and other equipment in which it is used. As part of this Class Settlement, Class Members are entitled to submit claims for reimbursement for losses they sustained because of such damage and for repairs and/or parts purchases related to equipment damage that the Class Member contends resulted, in whole or in part, from use of Super S Super Trac 303 Tractor Hydraulic Fluid during the class period.

2. Such losses may include, without limitation, repairs, parts and equipment purchases required to remedy damage to seals, pumps, filters, gears, clutch and brake systems, power take-off (PTO) systems and losses incurred as a result of equipment being damaged beyond reasonable repair as a result of damage and increased or excessive wear resulting from use of Super S Super Trac 303. Such increased wear and damage may include, without limitation, scratching, corrosive wear, rippling, ridging, pitting, spalling and scoring of the gears and metal components, seal damage, spiral gear damage, metal abrasion, corrosion, surface wear, clutch wear and breakage, wet brake damage, pump failure, leakage, and damage from deposits, sludging and thickening.

3. To recover losses sustained from this Repairs/Parts/Specific Equipment Damage portion of the Settlement Fund, you must provide the information requested in #5, below. You should also submit any additional narrative information describing the equipment malfunction, repairs and/or parts purchases or other losses sustained as necessary to fully describe what occurred and what repair/parts or other actions were required by any such losses or damage. You must also submit the cost of the repairs and/or parts as well as the date said repair were done and/or parts purchased. If you contend the equipment was damaged beyond reasonable repair, you must submit a description of the damage and the reasons you contend repairs were not reasonable, justified or feasible. You should submit any documentation you have supporting your claim and/or the amounts sought for losses, repairs and/or parts purchases.

4. In the event there are more valid claims than funds available, repair costs/parts purchases/specific equipment damage will be reimbursed *pro rata* based on the amount of each Class Member's valid claim submission for losses, repair costs and/or parts purchases.

5. For each piece of equipment listed by you in Part A in which you used the Super S Super Trac 303 Tractor Hydraulic Fluid, set forth below each repair/parts purchase or other loss, along with the date, of each repair and/or parts purchase or loss that you contend resulted,

in whole or in part, from your use of Super S Super Trac 303 Tractor Hydraulic Fluid during the class period:

| Equipment | Year/Make/Model | Description of Repair and/or Parts Purchase or Loss | Date and Cost of Repair and/or Parts Purchase or Loss |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Signature: _____     Date: _____

Print Name: _____

7

If you have any questions about this form or the Settlement, please contact the Settlement Administrator at:

Settlement Administrator

<mark>[INSERT SETTLEMENT MAILING ADDRESS]</mark>

<mark>[INSERT SETTLEMENT PHONE NUMBER]</mark>

**www.supertrac303settlement.com**

You may also contact Class Counsel at:

Thomas V. Bender

Horn Aylward & Bandy, LLC

2600 Grand Boulevard, Ste. 1100

Kansas City, MO 64108

(816) 421-0700 (phone)

(816) 421-0899 (fax)

tbender@hab-law.com

**<u>Please do not contact Defendants, the Court, or the Court Clerk's Office about the Settlement.</u>**