UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHAWN HORNBECK, et al., each on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRACTOR SUPPLY COMPANY, et al.,<br><br>Defendants. | Case No. 4:18-cv-00523-NKL |

**ORDER**

On March 10, 2020, United States Magistrate Judge Willie J. Epps, Jr. recommended, Doc. 132, that Plaintiffs' Motion for Order Granting Final Approval of the Class Action Settlement, Doc. 127, and the Consent Motion for Attorney's Fees, Expenses, and Class Representative Incentive Awards, Doc. 125, be granted. The parties were advised that they could file written objections to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No objections were filed.

A de novo review of the record and applicable law convinces the Court that the recommendation of the Magistrate Judge is correct and should be adopted.

**IT IS, THEREFORE, ORDERED** that:

1. The Report and Recommendation of March 10, 2020, Doc. 132, is adopted;
2. The Motion for Final Approval of Class Action Settlement, Doc. 127, is granted;
3. The Consent Motion for Attorney's Fees, Expenses, and Class Representative Incentive Awards, Doc. 125, is granted;

1

4. The Pending Motion for to Certify Class, Doc. 105, is denied as moot; and

5. The Plaintiffs' claims are dismissed with prejudice, consistent with the foregoing.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: March 27, 2020
Jefferson City, Missouri